VEDRICK LAMONTE SYMONETTE,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette Reid's Report of Magistrate Judge Re: State Habeas Petition – 28 U.S.C. § 2254 (the "Report") [ECF No. 6]. Petitioner filed a motion under 28 U.S.C. § 2254, challenging the constitutionality of criminal charges filed against him in Miami-Dade County Circuit Court [ECF No. 1]. The matter was referred to Magistrate Judge Reid [ECF No. 6]. Judge Reid's Report recommends that the Court dismiss the Petition without prejudice as Petitioner's case in state court remains pending. Petitioner has not timely objected to the Report.[1]

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection

---

[1] On July 19, 2019, Petitioner filed a Motion Reserving Common Law and UCC Rights Requesting Court Construe Statute in Harmony with Common Law [8]. Petitioner's Motion does not address the issues raised in the Report and does not appear to have any bearing on the issues in this action.

is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report for clear error and agrees with Judge Reid's well-reasoned analysis and conclusion that the Petition should be dismissed without prejudice. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 6] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Petitioner's Petition Pursuant to 28 U.S.C. § 2254 [ECF No. 1] is **DISMISSED without prejudice;** and

(3) No certificate of appealability shall issue; and

(4) This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2019.

DARRIN P. GAYLES  
UNITED STATES DISTRICT JUDGE